### 26956. RAY *v.* THE STATE.

DECIDED SEPTEMBER 29, 1938.

*W. C. Hodges, O. C. Darsey,* for plaintiff in error.
*J. P. Dukes, solicitor-general,* contra.

BROYLES, C. J. Sheppard Ray and Richard Ray were jointly indicted for simple larceny (hog-stealing). Sheppard Ray was first tried, and was convicted. The evidence connecting him with the offense was both direct and circumstantial, and authorized a finding that he and Richard Ray had entered into a conspiracy to steal, and did steal, the hog described in the indictment. It follows that the court did not err in instructing the jury on the law of conspiracy. The fact that another jury subsequently acquitted Richard Ray on his trial upon the same indictment is no cause for a reversal of the judgment in this case. The verdict was authorized by the evidence, and none of the grounds of the motion for new trial discloses reversible error.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*